IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

NORFOLK DIVISION

UNITED STATES OF AMERICA

v.   Case No. 2:25mj262
Court Date: January 7, 2026

DESHAWN A. HARRIS

FILED
NOV 1 2 2025
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

CRIMINAL INFORMATION

Misdemeanor – Violation No. 9103153

THE UNITED STATES ATTORNEY CHARGES:

That on or about October 6, 2025, at Naval Air Station Oceana, Virginia Beach, Virginia, in the Eastern District of Virginia, the defendant, DESHAWN A. HARRIS, did willfully and knowingly steal and purloin property of the United States of a value less than $1,000.00.

(In violation of Title 18, United States Code, Section 641.)

COUNT TWO

Misdemeanor

THE UNITED STATES ATTORNEY CHARGES:

That on or about October 6, 2025, at Naval Air Station Oceana, Virginia Beach, Virginia, in the Eastern District of Virginia, the defendant, DESHAWN A. HARRIS, did unlawfully enter upon a Naval installation for a purpose prohibited by law or lawful regulation.

(In violation of Title 18, United States Code, Section 1382.)

Respectfully submitted,

Lindsey Halligan
United States Attorney

By: *Ashley J. Young*
Ashley J. Young
Special Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA 23510
Ph: (757) 441-6712
Fax: (757) 441-3205
ashley.young@usdoj.gov

## CERTIFICATE OF MAILING

I hereby certify that on the date indicated below, I caused a true and correct copy of the foregoing Criminal Information to be mailed, postage prepaid, to the defendant in the above-styled case.

*Ashley J. Young*
_____
Ashley J. Young
Special Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA  23510
Ph: (757) 441-6712
Fax:(757) 441-3205
ashley.young@usdoj.gov

17 October 2025
_____
Date